MAY 19, 2005

No. 04–10199 (04A982). CARTWRIGHT v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 23, 2005

No. 04–9585. MENDOZA-SALINAS v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 637;

No. 04–9633. RODRIGUEZ-GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 681;

No. 04–9648. SERVANCE v. UNITED STATES. C. A. 4th Cir. Reported below: 394 F. 3d 222;

No. 04–9655. HALE v. UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 656;

No. 04–9666. HARTMAN v. UNITED STATES. C. A. 3d Cir. Reported below: 117 Fed. Appx. 829;

No. 04–9675. LIRA-LOPEZ v. UNITED STATES. C. A. 5th Cir. Reported below: 114 Fed. Appx. 643;

No. 04–9698. BAUTISTA v. UNITED STATES. C. A. 3d Cir. Reported below: 101 Fed. Appx. 888; and

No. 04–9781. GARCIA-SAUZA v. UNITED STATES. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker*, 543 U. S. 220 (2005).

No. 04–9185. COOMBS v. PENNSYLVANIA. Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.